| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| SOUTHERN DISTRICT OF INDIANA |
| Case number *(if known)* _____  Chapter  11 |

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | Rayco Machine & Engineering Group, Inc. |
| **2.** | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 20-3665518 |
| **4.** | **Debtor's address** | **Principal place of business**<br><br>970 Western Drive<br>Indianapolis, IN 46241<br>Number, Street, City, State & ZIP Code<br><br>Marion<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor  Rayco Machine & Engineering Group, Inc.                     Case number (*if known*)
         Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

  ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

  ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____                                Relationship _____
District _____  When _____  Case number, if known _____

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 2

Debtor  Rayco Machine & Engineering Group, Inc.                    Case number (*if known*)
      Name

**11. Why is the case filed in *this district*?**   *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
       Contact name _____
       Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   Rayco Machine & Engineering Group, Inc.                    Case number (*if known*)
         Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   January 15, 2019
              MM / DD / YYYY

**X** /s/ Gregory A. Cox                                    Gregory A. Cox
Signature of authorized representative of debtor            Printed name

Title   Owner/President

**18. Signature of attorney**

**X** /s/ David R. Krebs                                    Date   January 15, 2019
Signature of attorney for debtor                                   MM / DD / YYYY

David R. Krebs
Printed name

Hester Baker Krebs LLC
Firm name

One Indiana Square, Suite 1600
211 N. Pennsylvania Street
Indianapolis, IN 46204
Number, Street, City, State & ZIP Code

Contact phone   (317) 833-3030       Email address

5521-49 IN
Bar number and State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Rayco Machine & Engineering Group, Inc. |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF INDIANA |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                  12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | | Tax obligations | | | | $63,812.66 |
| Hardings Incorporated<br>P.O. Box 608<br>Buffalo, NY 14240 | | Sub-Contractor | | | | $34,927.31 |
| EMC Precision II, LLC<br>P.O. Box 75681<br>Cleveland, OH 44101 | | Sub-Contractor | | | | $16,718.60 |
| Indiana Precision Grinding<br>3101 Bertha Street<br>Indianapolis, IN 46222 | | Sub-Contractor | | | | $16,144.43 |
| Drake Plastics Ltd. Co.<br>14869 Grant Road<br>Cypress, TX 77429 | | Supplier | | | | $15,284.00 |
| Connecta Corporation<br>3363 Boulevard Place<br>P.O. Box 88241<br>Indianapolis, IN 46208 | | Sub-Contractor | | | | $12,637.50 |
| Thyssenkrupp - Copper and Brass Sales<br>P.O. Box 2625<br>Carol Stream, IL 60132 | | Supplier | | | | $10,688.80 |
| Speedway Steel Industries, Inc.<br>4251 N. Shadeland Avenue<br>Indianapolis, IN 46226 | | Supplier | | | | $9,744.09 |

Official form 204          Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims          page 1

Debtor   Rayco Machine & Engineering Group, Inc.
　　　　Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Momentive Performance Materials Quartz<br>12502 Collection Center Drive<br>Chicago, IL 60693 | | Supplier | | | | $8,928.00 |
| Mercer Machine Company, Inc.<br>1421 S. Holt Road<br>Indianapolis, IN 46241 | | Sub-Contractor | | | | $8,390.40 |
| Marion County Treasurer<br>1001 City-County Building<br>200 E. Washington Street<br>Indianapolis, IN 46204 | | Personal Property Taxes | | | | $8,000.00 |
| H.C. Schumacher Machine Co., Inc.<br>3619 S. Arlington Avenue<br>Indianapolis, IN 46203 | | Sub-Contractor | | | | $7,770.00 |
| Castle Metal<br>P.O. Box 775477<br>Chicago, IL 60677-5477 | | Supplier | | | | $6,620.22 |
| Chase Cardmember Service<br>P.O. Box 94014<br>Palatine, IL 60094-4014 | | Credit Card | | | | $5,200.00 |
| Hi-Standard Machining Co.<br>2621 Eaton Lane<br>Racine, WI 53404 | | Sub-Contractor | | | | $4,100.92 |
| Alro Steel Corporation<br>24876 Network Place<br>Chicago, IL 60673-1248 | | Supplier | | | | $2,936.05 |
| Gilday & Associates, P.C.<br>One Indiana Square, Suite 2580<br>Indianapolis, IN 46204 | | Legal Services | | | | $2,714.88 |
| Dolen Tool Sales, Incorporated<br>P.O. Box 294<br>Greenwood, IN 46142 | | Supplier | | | | $2,638.89 |

Debtor  Rayco Machine & Engineering Group, Inc.
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Edge Technologies<br>c/o Hydromat, Inc.<br>11600 Adie Road<br>St. Louis, MO 63043 | | Sub-Contractor | | | | $2,623.00 |
| Earle M. Jorgensen Company<br>P.O. Box 8538-622<br>Philadelphia, PA 19171-0622 | | Supplier | | | | $2,384.79 |

Official form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims     page 3

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

# United States Bankruptcy Court
## Southern District of Indiana

In re: Rayco Machine & Engineering Group, Inc.  
Debtor(s)

Case No.  
Chapter: 11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Gregory A. Cox<br>1813 Eagle Trace Drive<br>Greenwood, IN 46143 | | | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Owner/President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date: January 15, 2019

Signature: /s/ Gregory A. Cox  
Gregory A. Cox

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### Southern District of Indiana

In re: Rayco Machine & Engineering Group, Inc.
Debtor(s)

Case No.
Chapter  11

## VERIFICATION OF CREDITOR MATRIX

I, the Owner/President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: January 15, 2019

/s/ Gregory A. Cox
Gregory A. Cox/Owner/President
Signer/Title

| | | |
|---|---|---|
| ABELL TOOL<br>P.O. BOX 1014<br>GREENWOOD, IN 46142 | ALRO STEEL CORPORATION<br>24876 NETWORK PLACE<br>CHICAGO, IL 60673-1248 | AMERICAN ANODIZING CO.<br>6912 DEREK DRIVE<br>FORT WAYNE, IN 46803 |
| AT&T<br>P.O. BOX 5080<br>CAROL STREAM, IL 60197-5080 | AUTOMATED ELECTRONICS AND CONSULTING, LLC<br>5868 E. 71ST STREET, #E121<br>INDIANAPOLIS, IN 46220 | CADNAM TECHNOLOGIES, INC.<br>P.O. BOX 320<br>178 HERITAGE WAY<br>PENDLETON, IN 46064 |
| CARBIDE CUTTING TOOLS<br>1225 BROOKVILLE WAY<br>INDIANAPOLIS, IN 46239 | CASTLE METAL<br>P.O. BOX 775477<br>CHICAGO, IL 60677-5477 | CHASE AUTO FINANCE<br>P.O. BOX 901076<br>FORT WORTH, TX 76101-2076 |
| CHASE CARDMEMBER SERVICE<br>P.O. BOX 94014<br>PALATINE, IL 60094-4014 | CIRCLE CITY HEAT TREATING<br>2243 MASSACHUSETTS AVENUE<br>INDIANAPOLIS, IN 46218-4341 | CITIZENS ENERGY GROUP<br>P.O. BOX 7056<br>INDIANAPOLIS, IN 46207 |
| CNC ACCESSORIES<br>22465 COVELLO STREET<br>WEST HILLS, CA 91307 | COMCAST<br>PO BOX 7500<br>SOUTHEASTERN, PA 19398-7500 | CONNECTA CORPORATION<br>3363 BOULEVARD PLACE<br>P.O. BOX 88241<br>INDIANAPOLIS, IN 46208 |
| CONNEXT FINANCIAL, LTD<br>1625 W. FOUNTAINHEAD PKWY.<br>TEMPE, AZ 85282 | CORPORATE NETWORK SERVICES<br>6330 E. 75TH STREET, SUITE 144<br>INDIANAPOLIS, IN 46250 | ANGELA M. COX<br>4157 LAKEWOOD COURT<br>CLAYTON, IN 46118 |
| GREGORY A. COX<br>1813 EAGLE TRACE DRIVE<br>GREENWOOD, IN 46143 | CUSTOM COATING, INC.<br>P.O. BOX 143<br>AUBURN, IN 46706 | DOLEN TOOL SALES, INCORPOR<br>P.O. BOX 294<br>GREENWOOD, IN 46142 |
| DRAKE PLASTICS LTD. CO.<br>14869 GRANT ROAD<br>CYPRESS, TX 77429 | EARLE M. JORGENSEN COMPANY<br>P.O. BOX 8538-622<br>PHILADELPHIA, PA 19171-0622 | EDGE TECHNOLOGIES<br>C/O HYDROMAT, INC.<br>11600 ADIE ROAD<br>ST. LOUIS, MO 63043 |
| EMC PRECISION II, LLC<br>P.O. BOX 75681<br>CLEVELAND, OH 44101 | FISHER UNITECH<br>2983 SOLUTIONS CENTER<br>CHICAGO, IL 60677-2009 | FORD MOTOR CREDIT<br>P.O. BOX 650575<br>DALLAS, TX 75265-0575 |

| | | |
|---|---|---|
| FRANKE PLATING WORKS<br>2109 E. WASHINGTON BLVD.<br>FORT WAYNE, IN 46803 | GILDAY & ASSOCIATES, P.C.<br>ONE INDIANA SQUARE, SUITE 2580<br>INDIANAPOLIS, IN 46204 | H.C. SCHUMACHER MACHINE CIN<br>3619 S. ARLINGTON AVENUE<br>INDIANAPOLIS, IN 46203 |
| HARDINGS INCORPORATED<br>P.O. BOX 608<br>BUFFALO, NY 14240 | HI-PERFORMANCE SUPERABRASIVES, INC<br>9133 PENDLETON PIKE, SUITE G<br>P.O. BOX 36471<br>INDIANAPOLIS, IN 46236 | IN-STANDARD MACHINING CO.<br>2621 EATON LANE<br>RACINE, WI 53404 |
| INDIANA DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION, N-240<br>100 N. SENATE AVENUE<br>INDIANAPOLIS, IN 46204 | INDIANA DEPT. OF WORKFORCE DEVELOPMENT<br>10 N. SENATE AVENUE<br>ROOM SE106<br>INDIANAPOLIS, IN 46204-2277 | INDIANA PRECISION GRINDING<br>3101 BERTHA STREET<br>INDIANAPOLIS, IN 46222 |
| INDIANAPOLIS POWER & LIGHT<br>P. O. BOX 110<br>INDIANAPOLIS, IN 46206 | INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | JPMORGAN CHASE BANK, N.A.<br>1111 POLARIS PARKWAY<br>COLUMBUS, OH 43240-2050 |
| JPMORGAN CHASE BANK, N.A.<br>C/O QUARLES & BRADY, LLP<br>135 N. PENNSYLVANIA STREET, SUITE 2400<br>INDIANAPOLIS, IN 46204 | LASER SCRIBE<br>5740 ELMWOOD COURT<br>INDIANAPOLIS, IN 46203 | MARION COUNTY TREASURER<br>1001 CITY-COUNTY BUILDING<br>200 E. WASHINGTON STREET<br>INDIANAPOLIS, IN 46204 |
| MCMASTER-CARR<br>P.O. BOX 7690<br>CHICAGO, IL 60680-7690 | MERCER MACHINE COMPANY, INC.<br>1421 S. HOLT ROAD<br>INDIANAPOLIS, IN 46241 | MOMENTIVE PERFORMANCE MAQ<br>12502 COLLECTION CENTER DRI<br>CHICAGO, IL 60693 |
| MORRELL'S ELECTRO PLATING, INC.<br>432 EUCLID AVENUE<br>COMPTON, CA 90222-3085 | NITREX, INC.<br>INDIANA OPERATION<br>350 BLUE CHIP COURT<br>FRANKLIN, IN 46131 | PROTECTION ONE<br>P.O. BOX 219044<br>KANSAS CITY, MO 64121-9044 |
| QMR, INC.<br>8520 NEW FIELD CIRCLE<br>INDIANAPOLIS, IN 46231 | QUICK TURN ANODIZING<br>6973 S. US HWY 31<br>EDINBURGH, IN 46124 | RMEGI, LLC<br>970 WESTERN DRIVE<br>INDIANAPOLIS, IN 46241 |
| SHEET METAL MODELS<br>2702 NATIONAL AVENUE<br>INDIANAPOLIS, IN 46227 | SPEEDWAY STEEL INDUSTRIES, INC.<br>4251 N. SHADELAND AVENUE<br>INDIANAPOLIS, IN 46226 | STURM STEEL TREATING<br>1110 S. DREXEL AVENUE<br>INDIANAPOLIS, IN 46203 |

| | | |
|---|---|---|
| THYSSENKRUPP - COPPER AND BRASS SALES<br>P.O. BOX 2625<br>CAROL STREAM, IL 60132 | TRANSCC, INC.<br>11167 DEERFIELD ROAD<br>CINCINNATI, OH 45242 | TW-METALS - INDIANAPOLIS<br>P.O. BOX 933014<br>ATLANTA, GA 31193-3014 |
| WATERJET CUTTING OF INDIANA<br>10760 E. US HWY 136<br>INDIANAPOLIS, IN 46234 | | |

Note: "TRANSCC, INC." appears overlapping with "THYSSENKRUPP - COPPER AND BRASS SALES" in the source.

# United States Bankruptcy Court
## Southern District of Indiana

In re   Rayco Machine & Engineering Group, Inc.   Case No.
Debtor(s)   Chapter   11

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Rayco Machine & Engineering Group, Inc.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

January 15, 2019
Date

/s/ David R. Krebs
David R. Krebs
Signature of Attorney or Litigant
Counsel for   Rayco Machine & Engineering Group, Inc.
Hester Baker Krebs LLC
One Indiana Square, Suite 1600
211 N. Pennsylvania Street
Indianapolis, IN 46204
(317) 833-3030 Fax:(317) 833-3031