UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| IN RE: | ) | Chapter 11 |
|---|---|---|
| | ) | |
| RAYCO MACHINE & ENGINEERING GROUP, INC., | ) ) | CASE NO. |
| | ) | |
| Debtor(s). | ) | |

## **LIST OF SECURED CREDITORS – CHAPTER 11**

| *Name of Creditor and Complete Mailing Address* | *Name, telephone number and complete mailing address of employee, agent or department of creditor familiar with claim who may be contacted* | *Amount of claim/collateral* |
|---|---|---|
| JPMorgan Chase Bank, N.A.<br>1111 Polaris Parkway<br>Columbus, OH 43240-2050 | Jacob Bradley, Esq.<br>Quarles & Brady, LLP<br>135 N. Pennsylvania Street<br>Suite 2400<br>Indianapolis, IN 46204<br>(317) 957-5000<br>Jacob.bradley@quarles.com | $1,289,121.07<br>Collateral: Machinery, Fixtures and Equipment |
| Connext Financial, Ltd.<br>1625 W. Fountainhead Pkwy.<br>Tempe, AZ 85282 | 1-800-266-3255 | $31,048.33<br>Collateral: Hurco Tm8i |
| Ford Motor Credit<br>P.O. Box 650575<br>Dallas, TX 75265-0575 | | $19,000.00<br>Collateral: 2017 Ford Transit Van |

HESTER BAKER KREBS LLC

By    */s/ David R. Krebs*
      David R. Krebs
      Hester Baker Krebs LLC
      One Indiana Square, Suite 1600
      Indianapolis, IN 46204
      (317) 833-3030
      Fax: (317) 833-3031
      Email:   dkrebs@hbkfirm.com